IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MARLON RAY PHILLIPS,<br><br>    Defendant. | Criminal No. 1:23-mj-151 |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTORY ALLEGATIONS

At all times material herein:

1.     Defendant MARLON RAY PHILLIPS resided in McLean, Virginia within the Eastern District of Virginia.

2.     The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

## COUNT 1
### (Willful Failure to File 2016 Tax Return)

3.     The allegations set forth in Paragraphs 1 and 2 of this Information are re-alleged and expressly incorporated herein as if copied verbatim.

4.     During the calendar year 2016, MARLON RAY PHILLIPS, a resident of McLean, Virginia, had and received sufficient gross income that he was required by law, following the close of calendar year 2016, and on or before April 18, 2017, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and

credits to which he was entitled. Knowing and believing all of the foregoing, he did willfully fail, on or about April 18, 2017, in the Eastern District of Virginia, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

## COUNT 2
### (Willful Failure to File 2017 Tax Return)

5.      The allegations set forth in Paragraphs 1 and 2 of this Information are re-alleged and expressly incorporated herein as if copied verbatim.

6.      During the calendar year 2017, MARLON RAY PHILLIPS, a resident of McLean, Virginia, had and received sufficient gross income that he was required by law, following the close of calendar year 2017, and on or before April 17, 2018, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all of the foregoing, he did willfully fail, on or about April 17, 2018, in the Eastern District of Virginia, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

## COUNT 3
### (Willful Failure to File 2018 Tax Return)

7.      The allegations set forth in Paragraphs 1 and 2 of this Information are re-alleged and expressly incorporated herein as if copied verbatim.

8.      During the calendar year 2018, MARLON RAY PHILLIPS, a resident of McLean, Virginia, had and received sufficient gross income that he was required by law, following the close of calendar year 2018, and on or before April 15, 2019, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2019, in the Eastern District of Virginia, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.


JESSICA D. ABER
United States Attorney


Jordan Harvey
Jordan Harvey
Assistant United States Attorney


Marissa Brodney
Trial Attorney
U.S. Department of Justice, Tax Division


William Montague
Trial Attorney
U.S. Department of Justice, Tax Division


3